**STATE of Missouri, Respondent,**

v.

**Stanley RONIMOUS, Appellant.**

**No. WD 48354.**

Missouri Court of Appeals,
Western District.

April 5, 1994.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and BRECKENRIDGE and SPINDEN, JJ.

#### ORDER

PER CURIAM.

Stanley Ronimous appeals his conviction of burglary in the second degree, § 569.170, RSMo 1986, and his sentence of four years imprisonment. He asks for review pursuant

to Rule 30.20. We decline and affirm the conviction pursuant to Rule 30.25(b).